The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COMMUNITIES FOR A HEALTHY BAY, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEMCO, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | NO. 3:25-cv-05535-MJP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO HOLD FED. R. CIV. P. 26(f) CONFERENCE**<br><br>[~~PROPOSED~~] |

BEFORE THE COURT is the parties' Stipulated Motion to Extend Time to Respond to Plaintiff's Complaint and to Hold Fed. R. Civ. P. 26(f) Conference (the "Motion"). Having reviewed the Motion, the Court finds that good cause exists for the requested extension of time and therefore GRANTS the Motion. Should the parties not reach a resolution of this matter, the parties shall confer as required by Federal Rule of Civil Procedure 26(f), and Defendant shall answer, move, or otherwise respond to Plaintiff's Complaint on or before October 27, 2025.

DATED this 29th day of August, 2025.

Marsha J. Pechman
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINTAND TO HOLD FED. R. CIV. P. 26(f) CONFERENCE - 1
Case No. 3:25-cv-05535-GJL

4927-8628-8219.3

Ryan, Swanson & Cleveland, PLLC
401 Union Street, Suite 1500
Seattle, WA 98101-2668
206.464.4224